# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 07-3652, 08-1252/2094

_____

United States of America,        *
                                    *

        Appellee,         *

                                    *   Appeals from the United States

    v.                           *   District Court for the

                                    *   Eastern District of Arkansas.

Larry Thomas, Husband; Rosie Lee   *

Thomas, Wife,                *   [UNPUBLISHED]

                                    *

        Appellants.      *

_____

Submitted: May 7, 2009
Filed:  May 22, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larry and Rosie Lee Thomas appeal from the district court's[1] adverse grant of summary judgment as well as its denials of their post-judgment motions to quash a writ of assistance and for other relief.  On appeal, they argue that the district court lacked subject matter jurisdiction.  Upon de novo review, *see Myers v. Richland County*, 429 F.3d 740, 745 (8th Cir. 2005), we conclude that the court had jurisdiction

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

under 28 U.S.C. § 1345.[2]  Finally, we find no basis for reversing the district court's denials of appellants' post-judgment motions.  *Cf. Lara v. Sec'y of Interior*, 820 F.2d 1535, 1542-43 (9th Cir. 1987) (district court may issue orders pending appeal to enforce judgment).

Accordingly, we affirm in each of these three consolidated appeals.  *See* 8th Cir. R. 47B.  Appellants' pending motion for contempt is denied.

———————————————

---

[2]In particular, we find no merit to appellants' jurisdictional argument that is apparently based on *Pigford v. Glickman*, 185 F.R.D. 82 (D.D.C. 1999), *aff'd*, 206 F.3d 1212 (D.C. Cir. 2000).